1  **PETER E. BRIXIE, S.B.#124186**
   **Attorney at Law**
2  **410 Twelfth Street, Suite One**
   **Sacramento, CA 95814**
3  **Telephone: (916) 658-1880**
   **Facsimile: (916) 658-1884**
4
   **Attorney for PATRICK DUPREE**
5

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  **PATRICK DUPREE,** | **CASE NO.:   2:09-CV-01487-EFB** |
| 11                    **Plaintiff,** | **Stipulation and Order Extending Time to File and Serve Motion** |
| 12  **vs.** | |
| 13  **Michael J. Astrue, Commissioner of Social Security,** | |
| 14 | |
| 15                    **Defendant.** | |

16

17     IT IS HEREBY STIPULATED by and between the parties, through their respective

18  undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's

19  time to file a motion for summary judgment in the above-referenced case is hereby extended to the

20  new filing date of January 29, 2010. The extension is needed due to press of business in plaintiff's

21  attorney's office.

22

23

24

25

26

27

28

1 | This is the 1st request for extension by plaintiff.

2

3 | Dated: 12/29/09             /s/ Peter Brixie
PETER BRIXIE
Attorney at Law

4

5 | Attorney for Plaintiff

6

7 | Dated: 12/29/09            By:    /s/ Elizabeth Firer
ELIZABETH FIRER
Special Assistant U. S. Attorney

8

9 | Attorney for Defendant

10 | __ooo__

11 | APPROVED AND SO ORDERED

12 | Dated: December 30, 2009.

13 | EDMUND F. BRENNAN
United States Magistrate Judge