**PETER E. BRIXIE, S.B.#124186**
**Attorney at Law**
**410 Twelfth Street, Suite One**
**Sacramento, CA 95814**
**Telephone: (916) 658-1880**
**Facsimile: (916) 658-1884**

**Attorney for PATRICK DUPREE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK DUPREE,** | **CASE NO.:   2:09-CV-01487-EFB** |
| **Plaintiff,** | **Stipulation and Order Extending Time to File and Serve Motion** |
| **vs.** | |
| **Michael J. Astrue, Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of February 25, 2010. The extension is needed due to press of business in plaintiff's attorney's office.

This is the 2nd request for extension by plaintiff.

Dated:  1/25/10                              /s/ Peter Brixie
                                             PETER BRIXIE
                                             Attorney at Law

                                             Attorney for Plaintiff

////

////

////

| | | | |
|---|---|---|---|
| 1 | Dated: 1/25/10 | By: | /s/ Elizabeth Firer |
| 2 | | | ELIZABETH FIRER<br>Special Assistant U. S. Attorney |
| 3 | | | Attorney for Defendant |

__ooo__

APPROVED AND SO ORDERED

Dated: January 26, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

- 2 -