BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| PATRICK DUPREE,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:09-CV-01487 KJN<br><br>STIPULATION AND ORDER |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 29 days, up to and including April 16, 2010, to respond to Plaintiff's motion for summary judgment.  This extension is being requested because the undersigned counsel for the Commissioner has experienced unexpected work absences due to her own illness and to a death in her extended family.

///
///
///
///
///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                          Respectfully submitted,

Dated: March 22, 2010

                                          _____
                                          (As authorized via telephone)
                                          PETER BRIXIE
                                          Attorney for Plaintiff

Dated: March 22, 2010         BENJAMIN B. WAGNER
                                          United States Attorney
                                          LUCILLE GONZALES MEIS
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          /s/ *Elizabeth Firer*
                                          ELIZABETH FIRER
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: March 23, 2010         /s/ Kendall J. Newman
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE