1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8937
      Facsimile:  (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF CALIFORNIA
10
                 **SACRAMENTO DIVISION**
11

12  PATRICK DUPREE,                    )
                                       )        CIVIL NO. 2:09-CV-01487 KJN
13          Plaintiff,                 )
                                       )
14              v.                     )        STIPULATION AND PROPOSED ORDER
                                       )
15  MICHAEL J. ASTRUE,                 )
    Commissioner of                    )
16  Social Security,                   )
                                       )
17          Defendant.                 )
    _____)

18

19          The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20  attached Order, that Defendant shall have a SECOND extension of time of 28 days, up to and including

21  May 14, 2010, to respond to Plaintiff's motion for summary judgment.  This extension is being

22  requested because the undersigned counsel for the Commissioner needs additional time to consult with

23  her client about the possibility of voluntarily remanding this matter.  Counsel had almost completed the

24  Commissioner's response to Plaintiff' motion for summary judgment on Friday, April 16, before she

25  became aware of a serious problem with the ALJ's decision; counsel apologizes for not having

26  discovered the error earlier.  The undersigned needs 28 days because she will be out of the office from

27  April 26 through May 7, 2010 and will not be able to complete the voluntary remand process before that

28  absence.

1    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2                                          Respectfully submitted,

3
     Dated: April 19, 2010                 */s/Peter Brixie*
4                                          (As authorized via telephone)
                                           PETER BRIXIE
5                                          Attorney for Plaintiff

6    Dated: April 19, 2010                 BENJAMIN B. WAGNER
                                           United States Attorney
7                                          LUCILLE GONZALES MEIS
                                           Regional Chief Counsel, Region IX
8                                          Social Security Administration

9
                                           /s/*Elizabeth Firer*
10                                         ELIZABETH FIRER
                                           Special Assistant U.S. Attorney
11
                                           Attorneys for Defendant
12

13                                         ORDER

14   APPROVED AND SO ORDERED.

15

16   DATED: April 21, 2010

17

18

19

20   _____
     KENDALL J. NEWMAN
21   UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2 - Stip & Order Extending Def's Time