BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK DUPREE, | CIVIL NO. 2:09-CV-01487 KJN |
| Plaintiff, | |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

    Upon remand, the ALJ will give Plaintiff the opportunity for a new hearing and will obtain vocational expert testimony using hypothetical questions that accurately reflect the ALJ's residual functional capacity assessment.

    The ALJ will also be directed to establish a record by properly selecting and numbering exhibits and preparing a list of exhibits.  The ALJ will be directed to admit into the record any evidence that is determined to be material to the issues in the case per HALLEX provisions I-2-1-15 and I-2-6-58.

///

///

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: May 12, 2010

*/s/Peter Brixie*
(As authorized via telephone)
PETER BRIXIE
Attorney for Plaintiff

Dated: May 12, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED:  May 13, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE