```
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

       333 Market Street, Suite 1500
       San Francisco, California 94105
       Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
       Elizabeth.Firer@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| PATRICK DUPREE,          )<br>                          )<br>     Plaintiff,         )<br>                          )<br>          v.             )<br>                          )<br>MICHAEL J. ASTRUE,        )<br>Commissioner of          )<br>Social Security,         )<br>                          )<br>     Defendant.          )<br>_____) | CIVIL NO. 2:09-cv-01487 KJN<br><br>STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff's counsel, as assignee, be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of THREE THOUSAND, FOUR HUNDRED, FIFTY DOLLARS AND ZERO CENTS ($3,450.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by the attorney in connection with this civil action in accordance with 28 U.S.C. § 2412(d).

This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed upon amounts shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney

1  fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

2
3  Dated: June 21, 2010                /s/*Peter Brixie*
                                       *(As authorized via email)*

4                                      PETER BRIXIE
                                       Attorney for Plaintiff
5

6                                      BENJAMIN B. WAGNER
                                       United States Attorney
7
   Dated: June 21, 2010         By: /s/ *Elizabeth Firer*
8                                      ELIZABETH FIRER
                                       Special Assistant United States Attorney
9

10

11 PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff's counsel, as assignee, shall be

12 awarded attorney fees in the amount of THREE THOUSAND, FOUR HUNDRED, FIFTY DOLLARS

13 AND ZERO CENTS ($3,450.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the

14 above-referenced Stipulation.

15 Dated:   June 21, 2010              /s/ Kendall J. Newman
                                       KENDALL J. NEWMAN
16                                     United States Magistrate Judge

17

18

...

28